UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRETT CHISESI** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 08-3707** |
| **AAA/AUTO CLUB FAMILY INSURANCE CO.** | **SECTION: "B"(3)** |

### ORDER AND REASONS

Considering the opposed Report and Recommendation of the Magistrate Judge with the record and applicable law, **IT IS ORDERED** that:

(1) Plaintiff's objections, at Record Document No. 43, are **OVERRULED**. It is unconvincing to assert confusion with the Magistrate Judge's clear orders and several diligent attempts to get plaintiff's compliance therewith, all to no avail. Moreover the objection asserts non-compliance was caused by plaintiff's prior counsel. This assertion is contradicted by plaintiff's own statements and actions - see for example Record Document 35, Transcript of Hearing before the Magistrate Judge; see also Record Document No. 21, the Magistrate Judge findings and order issued after hearing with plaintiff in attendance, and Record Document No. 44-4, the transcript of hearing on second motion for sanctions, with plaintiff in attendance. Plaintiff's assertions lack credence in view

of the record evidence;

(2) The Magistrate Judge's Report and Recommendation, at Record Document No. 36, are adopted as the opinion of the court. Incorporated also by reference are the findings made in connection with plaintiff's motion to substitute counsel and continue trial found at Record Document No. 41. The Magistrate Judge tried to get plaintiff's compliance via less extreme action and sanctions, all to no avail, at Defendant's prejudice.

(3) The instant action is thereby **DISMISSED**.

New Orleans, Louisiana, this 10th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE